**Katherine DECKER, Plaintiff-Appellee,**

v.

**ANHEUSER–BUSCH,
Defendant-Appellant.**

No. 78–3493.

United States Court of Appeals,
Fifth Circuit.

Aug. 31, 1981.

John P. McAdams, Peter W. Zinober, Tampa, Fla., for defendant-appellant.

Stephen F. Hanlon, Levine, Freedman, Hirsch & Levinson, Tampa, Fla., for plaintiff-appellee.

Frank E. Hamilton, III, Hamilton & Douglas, Tampa, Fla., amicus curiae for Judith A. Petersen.

ON PETITION FOR REHEARING AND
PETITION FOR REHEARING
EN BANC

(Opinion December 17, 1980, 5 Cir.,
1981, 632 F.2d 1221).

Before GODBOLD, Chief Judge, BROWN, AINSWORTH, CHARLES CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN, VANCE, KRAVITCH, FRANK M. JOHNSON, Jr., GARZA, HENDERSON, REAVLEY, POLITZ, HATCHETT, ANDERSON, RANDALL, TATE, SAM D. JOHNSON, THOMAS A. CLARK and WILLIAMS, Circuit Judges.

\* District Judge of the Northern District of Mississippi, sitting by designation. Judge Orma R. Smith was a member of the panel that heard

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc without oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.